

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 14 P 4: 59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VIRGIL L. ELLIS                                             CIVIL ACTION

VERSUS                                                      NO. 97-1142

JOHN P. WHITLEY                                             SECTION "F"

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the ojections filed by petitioner to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that petitioner's application for writ of habeas corpus is hereby denied and dismissed with prejudice.

New Orleans, Louisiana, this 14TH Day of Janaury, 2000.

_____
UNITED STATES DISTRICT JUDGE

JAN 1 8 2000
DATE OF ENTRY_____